1  Brenda H. Entzminger, Esq.
   Nevada Bar No. 9800
2  PHILLIPS, SPALLAS & ANGSTADT, LLC
   504 S. Ninth Street
3  Las Vegas, Nevada 89101
   (702) 938-1510
4
   *Attorney for Defendant*
5  *Wal-Mart Stores, Inc.*

6  Sharon L. Nelson
   Nevada Bar No. 6433
7  NELSON LAW
   401 N. Buffalo, Suite 100
8  Las Vegas, Nevada 89145
   (702) 247-4529
9
   *Attorney for Plaintiff*
10 *Casey Andrews*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CASEY ANDREWS, an individual, | Case No.: 2:09-cv-01623-PMP-RJJ |
| Plaintiff, | (District Court, Clark County Case No. A09595741C Dept. No. XV) |
| v. | |
| WAL-MART STORES, INC., a foreign corporation, Does I-X and Roes I-X, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed, with prejudice, each party to bear

//
//
//
//
//
//

their own costs and attorney's fees.

DATED this ___ day of November, 2009.          DATED this ___ day of November, 2009.

**PHILLIPS, SPALLAS & ANGSTADT, LLC**          **NELSON LAW**

BRENDA H. ENTZMINGER, ESQ.                     Sharon L. Nelson
PHILLIPS, SPALLAS & ANGSTADT, LLC              NELSON LAW
504 S. Ninth St.                               401 N. Buffalo, Suite 100
Las Vegas, Nevada 89101                        Las Vegas, Nevada 89145
*Attorney for Defendant*                       *Attorneys for Plaintiff*
*Wal-Mart Stores, Inc.*                        *Casey Andrews*

## ORDER

IT IS SO ORDERED.

DATED this ___ 28th day of July, 2010.

_____
**DISTRICT COURT JUDGE**

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

/s/ Brenda Entzminger
BRENDA H. ENTZMINGER, ESQ.
Nevada Bar No. 9800
*Attorneys for Defendants*
*Wal-Mart Stores, Inc.*